# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NV EAGLES, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>NATIONSTAR MORTGAGE, LLC, A CORPORATION OF UNKNOWN ORIGIN; AND U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF LXS 2006-16N TRUST FUND, A NATIONAL BANKING EQUITY,<br>Respondents. | No. 82446<br><br>**FILED**<br><br>NOV 1 5 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kathleen E. Delaney, District Judge
Lansford W. Levitt, Settlement Judge
The Wright Law Group
Akerman LLP/Las Vegas
Eighth District Court Clerk

21-32693